**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Cassius Marsellus CLAY, Jr., Defendant-Appellant.**

**No. 28252.**

United States Court of Appeals, Fifth Circuit.

Feb. 10, 1970.

Charles Morgan, Jr., Atlanta, Ga., Chauncey Eskridge, Chicago, Ill., M. W. Plummer, Houston, Tex., Reber F. Boult, Jr., Atlanta, Ga., for defendant-appellant, Melvin L. Wulf, Eleanor Holmes Norton, New York City, of counsel.

Anthony J. P. Farris, U. S. Atty., James R. Gough, Asst. U. S. Atty., Houston, Tex., for appellee, Joseph J. Connolly, Michael T. Epstein, Attys., Dept. of Justice, of counsel.

Jack Greenberg, James M. Nabrit, III, Jonathan Shapiro, Elizabeth B. DuBois, New York City, amicus curiae.

ON SUGGESTION FOR HEARING EN BANC

ORDER:

No Judge in regular active service on the Court having requested that the Court be polled on hearing en banc, (Rule 35 Federal Rules of Appellate Procedure; Local Fifth Circuit Rule 12) the Petition for Hearing En Banc is denied.